IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **ROBERTO HERNANDEZ and JOSEPH QUINTANAR,** Individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> **THE UNITED STATES OF AMERICA,** <br><br> *Defendant.* | Civil Action No. 1:19-cv-00063-PEC <br><br> **JURY TRIAL DEMANDED** <br><br> **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

## PLAINTIFFS' NOTICE OF FILING OF NOTICE OF CONSENTS

Plaintiffs Robert Hernandez and Joseph Quintanar, individually and on behalf of all opt-in plaintiffs and others similarly situated, and hereby gives notice of filing with the Clerk of the Court the following Notice of Consents pursuant to 29 U.S.C. § 216(b):

### NOTICE OF CONSENTS

1. Jaime L. Alcala
2. Eude Arzate
3. David Blaney
4. Sergio Chavez
5. Sandra Hall
6. Hilary D. Hekel
7. Perry Hoffman
8. Adrian Juarez
9. Jaime Leon
10. Ruben Limon, Jr.
11. George L. Lopez
12. Margarita Lucero
13. Juan Lujan
14. Blanca Mack
15. Efrain Martinez
16. Elizabeth Martinez
17. Carlos Molina
18. Antonio Monarrez
19. Matthew J. Montana
20. Deyanira Morales
21. Jeremy Pacheco
22. Jessica Penrod
23. Jordan Proctor
24. W.D. Reed
25. Jack Retzer
26. Jaime Rivas
27. John Ruthardt
28. Roxanna Ruthardt
29. Jesus Samaniego
30. Suzanne Smarr
31. Ferlin A. Smith
32. Joe Vela
33. Canmilla Wamsley

Respectfully submitted,

By: /s/ *Clif Alexander*
**Clif Alexander**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
**ANDERSON ALEXANDER, PLLC**
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284

**ATTORNEY IN CHARGE FOR PLAINTIFFS AND PUTATIVE CLASS MEMBERS**

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. Court of Federal Claims, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ *Clif Alexander*
Clif Alexander